UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23365-CIV-WILLIAMS

YADER PAVON, *el al.*,

    Plaintiffs,

v.

CESPEDES REPAIR, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation (the "Report") (DE 15) regarding Plaintiffs Yader Pavon, Alison Chavez, and David Betancourt's motion for default judgment against Defendants Cespedes Repair, Inc. and Jose L. Cespedes (DE 13). The Report recommends that Plaintiff's motion be granted in part and denied in part. No objections to the report were filed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 15) are **AFFIRMED AND ADOPTED**.

2. Plaintiffs' motion for default judgment (DE 13) is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiffs' motion for overtime and liquidated damages is **GRANTED**. Judgment is entered in favor of Plaintiff Yader Pavon and against Defendants in the amount of $35,719.04. Judgment is entered in favor of Plaintiff Alison Chavez and against Defendants in the amount of $11,364.64. Judgment is entered in favor of David Betancourt and against Defendants in the amount of $9,421.72.

4. Plaintiffs' request for fees and costs is **DENIED** without prejudice.

5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 1st day of April, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE